## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **MARK S. ROSEMAN,** | : | **CIVIL ACTION** |
| **Plaintiff,** | : | |
| | : | **No. 14-6520** |
| v. | : | |
| | : | |
| **UNITED STATES OF AMERICA,** | : | |
| **Defendant.** | : | |

## ORDER

This 25th day of June, 2015, having considered Defendant the United States' Motion to Dismiss, Plaintiff's Response, and the Defendant's Reply, it is **ORDERED** that Defendant's Motion is **GRANTED** and Plaintiff's Complaint is **DISMISSED**.

    /s/ Gerald Austin McHugh
United States District Court Judge